**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2363

MELVIN B. WELLS, JR.,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; JOSEPH ORANGE, SSG.
Military Police; MICHALE J. SERRA,
Investigator (MP); MICHAEL J. HUFLER; SOPHIE
GONZALEZ, Sgt. Military Police; C. CARTER,
Lieutenant, and Provose Marshal,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (CA-04-292-2)

Submitted: February 24, 2005          Decided: March 4, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin B. Wells, Jr., Appellant Pro Se. Virginia Lynn Van
Valkenburg, Assistant United States Attorney, Norfolk, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin B. Wells, Jr., appeals the district court's order denying his civil action seeking damages as a result of his arrest by military police at Fort Eustis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wells v. United States, No. CA-04-292-2 (E.D. Va. Oct. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED